UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HERMAN LEE BARTON, JR.,

               Petitioner,

    v.

WASHINGTON DEPARTMENT OF
CORRECTIONS,

               Respondent.

Case No. C15-1779 RAJ-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **Orders** as follows:

1.      The Report and Recommendation is **ADOPTED**;

2.      Petitioner's 28 U.S.C. § 2254 habeas petition is **DISMISSED** without prejudice and Petitioner's application to proceed *in forma pauperis* is **DENIED**;

3.      Petitioner is **DENIED** issuance of a certificate of appealability; and

4.      The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 13th day of January, 2016.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Court

ORDER OF DISMISSAL- 1